UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                    18-cr-134 (PKC)

          -against-

                                                    ORDER

JOHNNY VEALE,

                    Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

          The next proceeding in this matter is scheduled for March 1, 2021 at 2:00 p.m.  It

will be held telephonically.  The call-in information for this teleconference is:

          Dial-in:      (888) 363-4749

          Access Code:  3667981

          SO ORDERED.


                                        _____
                                              P. Kevin Castel
                                        United States District Judge


Dated: New York, New York
         February 24, 2021